# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>             Plaintiffs,<br><br>       v.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, et al.,<br><br>             Defendants. | Case No. 1:21-cv-01556-AWI-SAB<br><br>ORDER VACATING ALL MATTERS INCLUDING AUGUST 17, 2022 HEARING, AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS ON OR BEFORE AUGUST 16, 2022<br><br>(ECF No. 14) |

On July 26, 2022, Plaintiff filed a notice of settlement of this action. (ECF No. 26.) Accordingly, the Court shall vacate all pending dates and matters, including the motion to amend currently set for hearing on August 17, 2022. (ECF No. 25.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before August 16, 2022.

IT IS SO ORDERED.

Dated:  **July 27, 2022**

UNITED STATES MAGISTRATE JUDGE

1